# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-1397

_____

Deborah Ann Francis

*Plaintiff - Appellant*

v.

Jeffrey Shorba; Mark Thompson; Leah Wermerskirchen

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 2, 2013
Filed: October 9, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Deborah Francis appeals from the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action alleging that the grand jury selection process in Minnesota's Fourth Judicial District violates the Fourteenth Amendment.  Upon careful de novo review, see Schoelch v. Mitchell, 625 F.3d 1041, 1045-46 (8th Cir. 2010) (standard of review), we agree with the district court's reasons for concluding that Francis failed to establish a prima facie case for a Fourteenth Amendment violation.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

-2-